IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* | § § § | |
| v. | § § | CRIMINAL ACTION NO. 4:22-CR-529-1 |
| SALIH ALI MOHAMMED ALHEMOUD, *Defendant.* | § § § | |

## ORDER

Before the Court is Defendant's Motion to Seal (Doc. No. 22), wherein counsel for Defendant, Salih Ali Mohammed Alhemoud, has requested the sealing of Docket Entry Number 21, Hearing Exhibits as to Salih Ali Mohammed Alhemoud. The Government has responded in opposition. (Doc. No. 23).

Defendant's Motion to Seal (Doc. No. 22) is hereby **DENIED**.

SIGNED at Houston, Texas this 7th day of December, 2022.

Andrew S. Hanen
United States District Judge