Case 4:22-cr-00529   Document 44   Filed on 11/11/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-529 |
| | § | |
| SALIH ALI MOHAMMED ALEHEMOUD | § | |

## AMENDED SCHEDULING ORDER

By agreement of the parties, the Court enters the following new schedule:

MOTIONS will be filed no later than — **March 7, 2025**

RESPONSES will be filed no later than — **March 21, 2025**

PRETRIAL CONFERENCE will be held
before Judge Andrew S. Hanen, Courtroom 9C at **8:30 AM** — **April 2, 2025**

JURY SELECTION and TRIAL is scheduled
before Judge Andrew S. Hanen, Courtroom 9C at **9:00 AM** — **April 21, 2025**

**DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS**

SIGNED at Houston, Texas, this 11th day of November 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE