Case 4:22-cr-00529   Document 73   Filed 01/29/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-529 |
| | § | |
| SALIH ALI MOHAMMED ALEHEMOUD | § | |

**ORDER**

The Court has received a report from the Federal Medical Center where the Defendant Salih Ali Mohammed Alehemoud was evaluated to determine if he was competent to stand trial. The professional personnel found him to be competent to stand trial and that there was no indication that his condition would deteriorate without treatment. A copy of this report is being filed under seal and provided to defense counsel. The Court is not providing a copy to the United States Attorney's Office in order to protect any privilege that their examination may have invaded.

The Court has determined that Mr. Alehemoud has been returned to the Joe Corley Processing Center. That being the case, the Court **ORDERS** defense counsel and the prosecution to confer and propose a new schedule to bring this case to conclusion by February 13, 2026.

SIGNED this 29th day of January 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE